**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
 RONNIE GLADDEN WILLIAMS,

                             Plaintiff,                       25 **CIVIL** 1786 (KHP)

        -v-                                     **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
-----------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 2, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will limit the period on remand to the period prior to January 4, 2023.

**Dated:** New York, New York

      December 3, 2025

                                       **TAMMI M. HELLWIG**
                                    _____
                                       **Clerk of Court**

                      **BY:**            K. Mango

                                    _____
                                       **Deputy Clerk**